In the Matter of PARIS MONTROSE, an Attorney.— Motion to confirm report of official referee granted and respondent suspended from the practice of the law for a period of two years. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.